ACCEPTED
12-14-00294-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/14/2015 1:13:45 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

1/14/2015 1:13:45 PM

CATHY S. LUSK
Clerk

NO. 12-14-00294-CR

| | | |
|---|---|---|
| STATE OF TEXAS,<br>Appellee | X<br>X | IN THE COURT OF APPEALS |
| | X | OF THE STATE OF TEXAS |
| V. | X | |
| | X | TWELFTH SUPREME |
| JACKIE MAE CORNWELL | X | |
| Appellant | X | JUDICIAL DISTRICT |

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE COURT:

COMES NOW, the State of Texas, Appellee in the above-numbered and styled cause, and moves the Court pursuant to TEX. RULES APP. PROC. Rule 38.6 (1997), to grant Appellee a thirty (30) day extension of time in which to file its appellate brief with the Clerk of this Court, and in support thereof Appellee would show the Court as follows:

I.

The attorney of record for the Appellee herein has not had a sufficient amount of time or opportunity to prepare an appellate brief in this cause due to the following reasons:

A. The District Attorney's Office, Wood County, Texas, consists of the elected District Attorney, three Assistant District Attorneys, and a Special Assistant District Attorney for appellate matters. The District Attorney's Office is

responsible for felony prosecution, misdemeanor prosecution, Department of Human Services cases, juvenile cases, and appellate work. A combination of the above work load has prevented timely completion of the State's brief in this case.

B. The State's brief is due January 16, 2015. The granting of this extension of time for the filing of Appellee's brief will work no serious delay nor will it prejudice the appellant in this case.

C. Within the last thirty (30) days the undersigned has almost completed and filed an appellate brief in No. 06-14-00066-CR, and 06-14-00067-CR, styled William Jason Pugh vs. State of Texas, in the Court of Appeals for the Sixth Judicial District, originally due November 27, 2014, and extended to February 4, 2015, after an evidentiary hearing in the trial court to supplement the record.

WHEREFORE, premises considered, the Appellee prays that the Court grant a thirty (30) day extension of time for the filing of the State's brief herein.

Respectfully submitted,

Henry Whitley
State Bar No. 21376000
Assistant Criminal District Attorney
Wood County, Texas
P. O. Box 689
Quitman, TX   75783
903/763-4515
ATTORNEY FOR APPELLEE

STATE OF TEXAS       X

COUNTY OF WOOD      X

BEFORE ME, the undersigned authority, on this day personally appeared Henry Whitley, known to me to be the person who signed the foregoing Motion to Extend Time for Filing State's Brief, and having been by me duly sworn, on his oath stated that the matters contained in the Motion to Extend Time for Filing State's Brief are true and correct.

Given under my hand and seal of office this 14th day of January, 2015.



DEANNA KAY McCULLAH
Notary Public
State of Texas
My Comm. Exp. 9/27/15

_____
Notary Public, State of Texas

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellee's Motion to Extend Time For Filing State's Brief was this 14th day of January, 2015, transmitted by facsimile to Mr. Troy Hornsby, 903-792-1276, Attorney for Appellant.

_____
Henry Whitley